```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES COCHRAN et al.          :      CIVIL ACTION
                                :
          v.                    :
                                :
MARLTON AUTO CREDIT et al.      :      NO. 12-3350
```

ORDER

AND NOW, this 12th day of March, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Stealth Recovery (Doc. #12) to dismiss this action as to it is GRANTED for lack of subject matter jurisdiction.

BY THE COURT:


/s/ Harvey Bartle III
                                                          J.